UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

MELANIE WALBAUM, )
    Plaintiff, )
     )
     )
vs. ) Case No: CIV 12-328-SPS
     )
DECA FINANCIAL SERVICES, LLC, )
NATIONAL BUREAU OF COLLECTIONS, )
INC., PROFESSIONAL ACCOUNT SERVICES, )
INC., SELECT FINANCIAL SERVICES, INC., )
AND BERLIN-WHEELER, INC., )
    Defendant(s). )

**DEFENDANT NATIONAL BUREAU OF COLLECTIONS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, which states:
A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

National Bureau of Collections, Inc.
[name of party]

who is a (check one) [ ] PLAINTIFF [X] DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one) [ ] YES [X] NO

2. **Does party have any parent corporations?**

    (Check one) [ ] YES [X] NO

If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

   DATED this 4th day of September, 2012.

   Respectfully submitted,

   s/ Adam N. Bush
   Adam N. Bush
   OK Bar Number: 21485
   Attorney for Defendant NBC
   Bush Law Offices, P.C.
   6440 Avondale Drive, Suite 201
   Nichols Hills, OK 73116
   Telephone:   (405) 813-0056
   busha@adambushlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2012, I electronically transmitted the attached document to the Clerk of court using the ECF System for filing. Based on the Records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Tearsa S. Olson
tearsastorms@gmail.com

Jed W. Isbell
jisbell@cwlaw.com

            s/ Adam N. Bush
            Adam N. Bush