# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELANIE WALBAUM, ) | |
| ) | |
| Plaintiff, ) | Case No. 6:12-cv-00328-SPS |
| ) | |
| vs. ) | |
| ) | **NOTICE OF SETTLEMENT AS TO** |
| DECA FINANCIAL SERVICES, LLC, ) | **DEFENDANT BERLIN-WHEELER, INC.** |
| NATIONAL BUREAU OF ) | **ONLY** |
| COLLECTIONS, INC., PROFESSIONAL ) | |
| ACCOUNT SERVICES, INC., SELECT ) | |
| FINANCIAL SERVICES, INC., AND ) | |
| BERLIN-WHEELER, INC., ) | |
| ) | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved as to Defendant Berlin-Wheeler, Inc., ONLY. This matter will proceed against the other defendants.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case as to Defendant Berlin-Wheeler, Inc., ONLY, with prejudice at that time.

Respectfully submitted this 5th day of October, 2012.

    Respectfully submitted,
    **TEARSA STORMS OLSON**

    By: s/ Tearsa Storms Olson
    Tearsa Storms Olson
    OK Bar No: 30265
    Storms Law Office
    1901 N. Classen Blvd., Suite 112
    Oklahoma City, OK 73106

1-888-595-9111 Ext. 239
1-866-773-6152 (fax)
tearsastorms@gmail.com
TOlson@AttorneysForConsumers.com

*Co-Counsel with*

WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

Filed electronically on this 5th day of October, 2012, with:

United States District Court CM/ECF system


By: s/ Tearsa Storms Olson
     Tearsa Storms Olson


### CERTIFICATE OF SERVICE VIA REGULAR MAIL

I, Tearsa Storms Olson, certify that a true and correct copy of the foregoing was served upon Ms. Rachel Ommerman, Berman & Rabin, P.A., 10660 Barkley, Overland Park KS 66212, by depositing the same on October 5, 2012, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Tearsa Storms Olson
Tearsa Storms Olson
OK Bar No: 30265
Storms Law Office
1901 N. Classen Blvd., Suite 112
Oklahoma City, OK 73106
1-888-595-9111 Ext. 239
1-866-773-6152 (fax)
tearsastorms@gmail.com
TOlson@AttorneysForConsumers.com

*Co-Counsel with*

WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com