# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Oklahoma

| | |
|---|---|
| MELANIE WALBAUM ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 6:12-cv-00328-SPS |
| ) | |
| DECA FINANCIAL SERVICES, LLC, ) | |
| NATIONAL BUREAU OF COLLECTIONS, ) | **STIPULATION OF DISMISSAL** |
| INC., PROFESSIONAL ACCOUNT ) | **AS TO DEFENDANT** |
| SERVICES, INC., SELECT FINANCIAL ) | **NATIONAL BUREAU OF** |
| SERVICES, INC., AND ) | **COLLECTIONS, INC., ONLY** |
| BERLIN-WHEELER, INC. ) | |
| ) | |
| *Defendants* | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff files this Stipulation of Dismissal as to Defendant National Bureau of Collections, Inc., ONLY, signed by all parties that have appeared, dismissing this action with prejudice as to Defendant National Bureau of Collections, Inc., ONLY.

**RESPECTFULLY SUBMITTED** this 26th day of October, 2012.

    Respectfully submitted,

    **TEARSA STORMS OLSON**
    **FOR PLAINTIFF:**

    By: s/ Tearsa Storms Olson
    Tearsa Storms Olson
    OK Bar No: 30265
    Storms Law Office
    1901 N. Classen Blvd., Suite 112
    Oklahoma City, OK 73106
    1-405-582-0012 (phone)
    1-866-773-6152 (fax)
    tearsastorms@gmail.com
    TOlson@AttorneysForConsumers.com

*Co-Counsel with*
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

**FOR DEFENDANT NATIONAL BUREAU OF COLLECTIONS, INC.:**

S/ Adam N. Bush
Bush Law Offices, P.C., OBA No. 21485
Nichols Hills Plaza
6440 Avondale Drive
Suite 201
Nichols Hills OK 73116
(405) 813-0056 Telephone
(918) 514-2940 Facsimile
busha@adambushlawfirm.com

Filed electronically on this 26th day of October, 2012, with:

United States District Court CM/ECF system

By: s/ Tearsa Storms Olson
    Tearsa Storms Olson

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT this Notice was filed on this 26th day of October, 2012, by means of the CM/ECF system which will send notice of electronic filing to the following: Adam N. Bush, busha@adambushlawfirm.com.

By: s/ Tearsa Storms Olson
Tearsa Storms Olson
OK Bar No: 30265
Storms Law Office
1901 N. Classen Blvd., Suite 112
Oklahoma City, OK 73106
1-888-595-9111 Ext. 239
1-866-773-6152 (fax)
tearsastorms@gmail.com
TOlson@AttorneysForConsumers.com

*Co-Counsel with*

WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com